**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-6647**

—————————

RODNEY ELROY COBBS,

　　　　　　Plaintiff - Appellant,

　　　v.

RICHARD K. HARRELL; RICARDO JENSEN,

　　　　　　Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-ct-03106-BO-RJ)

—————————

Submitted:  June 13, 2025　　　　　　　　　　　Decided:  June 23, 2025

—————————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Rodney Elroy Cobbs, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Elroy Cobbs appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cobbs v. Harrell*, No. 5:24-ct-03106-BO-RJ (E.D.N.C. June 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*